UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ELI DAYAN, individually on behalf of himself and all others similarly situated,

        Plaintiff,

v.

SWISS-AMERICAN PRODUCTS, INC.

        Defendant.

------------------------------------------------------------x

Case No. 1:15-cv-06895

STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY AGREED AND STIPULATED, by and between the attorneys for the Plaintiffs and the attorneys for the Defendant in the above entitled action, that the above entitled action is discontinued and dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: September 21, 2017

_____
Joseph Lipari
THE SULTZER LAW GROUP, P.C.
*Attorneys for Plaintiffs*
14 Wall Street, 20th Floor
New York, New York 10005
(212) 618-1938

_____
Joseph J. Saltarelli
HUNTON & WILLIAMS, LLP
*Attorneys for Defendant*
200 Park Avenue
New York, New York 10166
(212) 309-1000